# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

JAMES M. GALLIGAN,                    Civil File No. 10-2550-EFN-DJW

      Plaintiff,

vs.                                            **NOTICE OF DISMISSAL**
                                                         **WITH PREJUDICE**

BUREAU OF COLLECTION RECOVERY, L.L.C.,

      Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                               Respectfully submitted,

Dated:   11/29/10                             _s/ J. Mark Meinhardt
                                                               J. Mark Meinhardt KS # 20245
                                                                4707 College Blvd, Suite 100
                                                                Leawood, KS 66211
                                                                (913) 451-9797 (Telephone)
                                                                (913) 451-6163 (Facsimile)
                                                                meinhardtlaw@sbcglobal.net

                                                                **ATTORNEY FOR PLAINTIFF**